March 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ORANGE ASSOCIATION OF FIRE FIGHTERS, Appellant

NO. 14-13-00061-CV

THE CITY OF ORANGE, TEXAS AND SHAWN OUBRE, IN HIS OFFICIAL
CAPACITY AS ORANGE CITY MANAGER, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, The City of Orange, Texas and Shawn Oubre, in his official capacity as Orange City Manager, signed December 7, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment compelling arbitration.

We further **REMAND** the cause for further proceedings regarding the City's fee request.

We further order this decision certified below for observance.